BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Suntec Broker LLC § Case No.: 23−40548−elm7
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  8/9/23            FOR THE COURT:
                          Robert P. Colwell, Clerk of Court

                          by: /s/Sue Dugan, Deputy Clerk